| | |
|---|---|
| The Honorable: | JACQUELINE P COX |
| Chapter 7 | |
| Location: | Room 619 |
| Hearing Date: | 05/06/2010 |
| Hearing Time: | 09:30 |
| Response Date: | / / |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | HERVAS, ROY C | § | Case No. 06-09700 |
| | HERVAS, LYNDA THERESE | § | |
| Debtor(s) | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>KAREN R. GOODMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 05/06/2010 in Courtroom 619, United States Courthouse Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/01/2010     By:     /s/KAREN R. GOODMAN
                                           Trustee

KAREN R. GOODMAN
CHAPTER 7 TRUSTEE
SHEFSKY & FROELICH, LTD
111 EAST WACKER DRIVE, SUITE 2800
CHICAGO, IL 60601
(312) 527-4000

**UST Form 101-7-NFR (9/1/2009)**

| | |
|---|---|
| KAREN R. GOODMAN | The Honorable:        JACQUELINE P COX |
| SHEFSKY & FROELICH, LTD | Chapter   7 |
| 111East Wacker Drive | Location:                             Room 619 |
| SUITE 2800 | Hearing Date:                    05/06/2010 |
| CHICAGO, IL  60601 | Hearing Time:                          09:30 |
| (312) 527-4000 | Response Date:                         / / |
| Chapter 7 Trustee | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: HERVAS, ROY C § Case No. 06-09700
      HERVAS, LYNDA THERESE §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*       $        8,280.23

*and approved disbursements of*             $           32.15

*leaving a balance on hand of* [1]          $        8,248.08

Claims of secured creditors will be paid as follows:

*Claimant*                                                      *Proposed Payment*
                              N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

*Reason/Applicant*                    *Fees*                       *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Trustee* | KAREN R. GOODMAN | $ 1,577.99 | $ |
| *Attorney for trustee* | SHEFSKY & FROELICH, LTD | $ 2,081.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | ALAN D. LASKO | $ 1,067.80 | $ 10.97 |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor* | | $ | $ |
| *Attorney for* | | $ | $ |
| *Accountant for* | | $ | $ |
| *Appraiser for* | | $ | $ |
| *Other* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $19,666.71 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 8 | IL Dept of Healthcare | $ 18,100.19 | $ 3,230.37 |
| 9 | IL Dept of Healthcare | $ 1,566.52 | $ 279.58 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (9/1/2009)**

Timely claims of general (unsecured) creditors totaling $ 17,046.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | CACH, LLC | $ 764.34 | $ 0.00 |
| 2 | CACV Of Colorado, LLC | $ 7,629.18 | $ 0.00 |
| 3 | CACH, LLC | $ 645.77 | $ 0.00 |
| 4 | Portfolio Recovery Associates, LLC | $ 4,467.91 | $ 0.00 |
| 5 | Worldwide Asset Purchasing, LLC | $ 790.00 | $ 0.00 |
| 6 | Citibank (South Dakota), N.A. | $ 1,934.86 | $ 0.00 |
| 7-2 | eCAST Settlement Corp | $ 814.82 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

UST Form 101-7-NFR (9/1/2009)

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/KAREN R. GOODMAN
Trustee

KAREN R. GOODMAN
111 East Wacker Drive
SUITE 2800
CHICAGO, IL 60601
(312) 527-4000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: arodarte              Page 1 of 2                   Date Rcvd: Apr 02, 2010
Case: 06-09700                Form ID: pdf006             Total Noticed: 46

The following entities were noticed by first class mail on Apr 04, 2010.
db/jdb        +Roy C Hervas,    Lynda Therese Hervas,    876 Asbury Lane,    Schaumburg, IL 60193-4101
aty           +Edward C Pacilli,    1060 Lake St., Suite 100,    Hanover Park, IL 60133-5400
tr            +Karen R Goodman, ESQ,    Shefsky & Froelich Ltd,    111 East Wacker Drive,    Suite 2800,
                Chicago, IL 60601-4277
10859926      +Albert Speisman & Associates, P.C.,    Acct No 03 L 001681,    P.O. Box 637,    3500 Western Ave.,
                Highland Park, IL 60035-1263
10859927      +Allied Int,    Acct No 98996318,    Po Box 2455,    Chandler, AZ 85244-2455
10859928      +Allied Interstate Inc,    Acct No 158347598,    435 Ford Rd Ste 800,    Minneapolis, MN 55426-1066
10859929      +American Collections,    Acct No 504552,    919 Estes Ct,    Schaumburg, IL 60193-4427
10859930      +Associates/citibank,    Acct No 462120504326,    Po Box 6003,    Hagerstown, MD 21747-6003
10859931      +Bank Of America,    Acct No 430550006144,    Po Box 1598,    Norfolk, VA 23501-1598
11006160     ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3408
               (address filed with court:  CACH, LLC,    370 17th St., Ste 5000,    Denver, CO 80202)
11006162     ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3408
               (address filed with court:  CACV Of Colorado, LLC,    370 17th St., Ste 5000,    Denver, CO 80202)
10859938     ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3408
               (address filed with court:  Collect America Ltd,    Acct No 12965197041201351,
                370 17th St Ste 5000,    Denver, CO 80202)
10859932      +Capital 1 Bk,    Acct No 412174152243,    11013 W Broad St,    Glen Allen, VA 23060-5937
10859935      +Capital 1 Bk,    Acct No 438864202375,    11013 W Broad St,    Glen Allen, VA 23060-5937
10859933      +Capital 1 Bk,    Acct No 517805218154,    11013 W Broad St,    Glen Allen, VA 23060-5937
10859934      +Capital 1 Bk,    Acct No 529115193336,    11013 W Broad St,    Glen Allen, VA 23060-5937
10859936      +Capital One Fsb,    Acct No 5178051785929652,    Po Box 26625,    Richmond, VA 23261-6625
10859937      +Child Support Enforcem,    Acct No 93F1815043,    509 S 6th St,    Springfield, IL 62701-1825
11079426      Citibank (South Dakota), N.A.,    Exception Payment Processing,    P.O. Box 6305,
                The Lakes, NV 88901-6305
10859939      Credit Protect Assoc,    Acct No 961220034,    1355 Noel Rd Suite 2100,    Dallas, TX 75240
10859940      +Elisabeth and Richard Burg,    1289 Maple Lane,    Elk Grove Village, IL 60007-4616
10859941      +Fcnb/mastertrust,    Acct No 4071760003066888,    1620 Dodge St,    Omaha, NE 68102-1593
10859942      +Fnbm/credit One Bank,    Acct No 4447961120120460,    Po Box 98875,    Las Vegas, NV 89193-8875
10859943      +Fnbo/conseco,    Acct No 5453152001139112,    Po Box 922968,    Norcross, GA 30010-2968
10859947      +Hsbc Nv,    Acct No 5488975003285213,    Po Box 19360,    Portland, OR 97280-0360
10859948      +Hsbc Nv,    Acct No 545800184949,    16430 N Scottsdale Ste 300,    Scottsdale, AZ 85254-1581
11216140      +IL Dept of Healthcare,    and Family Services/MRU,    PO Box 19405,    Springfield, IL 62794-9405
10859949      +Ildptpubaid,    Acct No 86D1241,    509 S. 6th Street,    Springfield, IL 62701-1825
10859950      +Ildptpubaid,    Acct No 93F181,    509 S. 6th Street,    Springfield, IL 62701-1825
10859951      +Ill Coll Svc,    Acct No 6127383,    4647 W 103rd St,    Oak Lawn, IL 60453-4779
10859952      +Kca Financial Svcs,    Acct No 3210148,    628 North St,    Geneva, IL 60134-1356
10859953      +Kca Finl,    Acct No 3222505,    628 North Street Pob 53,    Geneva, IL 60134-0053
10859954      +Kca Finl,    Acct No 3485654,    628 North Street Pob 53,    Geneva, IL 60134-0053
10859957      +Northwest Collectors,    Acct No 3040137159,    3601 Algonquin Rd Ste 23,
                Rolling Meadows, IL 60008-3126
10859960      +Nw Collector,    Acct No 3040352180,    3601 Algonquin Rd Suite 500,
                Rolling Meadow, IL 60008-3145
10859958      +Nw Collector,    Acct No 3040352181,    3601 Algonquin Rd Suite 500,
                Rolling Meadow, IL 60008-3145
10859962     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recoveries,    Acct No 4559541300679990,
                120 Corporate Blvd Ste 1,    Norfolk, VA 23502)
11008120     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates, LLC,    PO Box 12914,
                Norfolk, VA 23541)
10859963      +Washmtl/prov,    Acct No 1300679990,    4940 Johnson Dr,    Pleasanton, CA 94588-3308
11022320      +Worldwide Asset Purchasing, LLC,    c/o West Asset Management, Inc,    P. O. Box 672047,
                Marietta, GA 30006-0035
10859946       eCAST Settlement Corp,    assignee of HSBC Bank Nevada NA,    HSBC Card Services III,    POB 35480,
                Newark, NJ 07193-5480
The following entities were noticed by electronic transmission on Apr 02, 2010.
10859944      +E-mail/Text: bkynotice@harvardcollect.com                            Harvard Coll,
                Acct No 4645682,    4839 N Elston,    Chicago, IL 60630-2534
10859945      +E-mail/Text: bkynotice@harvardcollect.com                            Harvard Collection,
                Acct No 5630215,    4839 N Elston Ave,    Chicago, IL 60630-2534
10859955      +E-mail/Text: tjordan@mcscol.com                                      Medical Collections Sy,
                Acct No 1471217,    725 S. Wells Ave Ste 700,    Chicago, IL 60607-4578
10859956      +E-mail/Text: bankrup@nicor.com                                       Nicor Gas,    Acct No 23726,
                1844 Ferry Road,    Naperville, IL 60563-9662
10859961      +E-mail/Text: ebn@phinsolutions.com                                   Plaza Associates,    Acct No 293080447,
                7 Penn Plz,    New York, NY 10001-3967
                                                                                                TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Karen R Goodman, ESQ,    Shefsky & Froelich Ltd,    111 East Wacker Drive,    Suite 2800,
                Chicago, IL 60601-4277
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1        User: arodarte         Page 2 of 2              Date Rcvd: Apr 02, 2010
Case: 06-09700              Form ID: pdf006        Total Noticed: 46
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 04, 2010**                    **Signature:**    *Joseph Speetjens*