| | |
|---|---|
| KAREN R. GOODMAN | The Honorable:  JACQUELINE P COX |
| SHEFSKY & FROELICH, LTD | Chapter 7 |
| 111 East Wacker Drive | Location: Room 619 |
| SUITE 2800 | Hearing Date: 05/06/2010 |
| CHICAGO, IL  60601 | Hearing Time: 09:30 |
| (312) 527-4000 | Response Date: / / |
| Chapter 7 Trustee | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: HERVAS, ROY C  § Case No. 06-09700
       HERVAS, LYNDA THERESE  §
       §
Debtor(s)  §

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 8,280.44 |
| *and approved disbursements of* | $ 32.15 |
| *leaving a balance on hand of* [1] | $ 8,248.29 |

Claims of secured creditors will be paid as follows:

*Claimant*  *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

*Reason/Applicant*  *Fees*  *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Trustee* | KAREN R. GOODMAN | $ 1,577.99 | $ |
| *Attorney for trustee* | SHEFSKY & FROELICH, LTD | $ 2,081.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | ALAN D. LASKO | $ 1,067.80 | $ 10.97 |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor* | $ | $ |
| *Attorney for* | $ | $ |
| *Accountant for* | $ | $ |
| *Appraiser for* | $ | $ |
| *Other* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $18,100.19 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|

**UST Form 101-7-NFR (9/1/2009)**

|   |   |   |   |
|---|---|---|---|
| 8 | IL Dept of Healthcare | $ 18,100.19 | $ 3,510.53 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,046.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | CACH, LLC | $ 764.34 | $ 0.00 |
| 2 | CACV Of Colorado, LLC | $ 7,629.18 | $ 0.00 |
| 3 | CACH, LLC | $ 645.77 | $ 0.00 |
| 4 | Portfolio Recovery Associates, LLC | $ 4,467.91 | $ 0.00 |
| 5 | Worldwide Asset Purchasing, LLC | $ 790.00 | $ 0.00 |
| 6 | Citibank (South Dakota), N.A. | $ 1,934.86 | $ 0.00 |
| 7-2 | eCAST Settlement Corp | $ 814.82 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|

**UST Form 101-7-NFR (9/1/2009)**

N/A

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number*    *Claimant*                           *Allowed Amt. of Claim*   *Proposed Payment*

                                    N/A

    The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

                                    Prepared By:  /s/KAREN R. GOODMAN
                                                                          Trustee

KAREN R. GOODMAN
111East Wacker Drive
SUITE 2800
CHICAGO, IL  60601
(312) 527-4000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**