| | |
|---|---|
| KAREN R. GOODMAN | The Honorable:   JACQUELINE P COX |
| SHEFSKY & FROELICH, LTD | Chapter 7 |
| 111 East Wacker Drive | Location:   **Room 619** |
| Suite 2800 | Hearing Date:   **05/13/2010** |
| CHICAGO, IL 60601 | Hearing Time:   **09:30 AM** |
| (312) 527-4000 | Response Date:   / / |
| Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:   HERVAS, ROY C          §   Case No. 06-09700
        HERVAS, LYNDA THERESE   §
                                §
Debtor(s)                       §

## AMENDED NOTICE OF HEARING ON TRUSTEE'S FINAL REPORT

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>KAREN R. GOODMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **9:30 AM** on **Thursday, May 13, 2010**, in Courtroom 619, United States Courthouse Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: April 29, 2010          By:   /s/ KAREN R. GOODMAN
                                    Trustee

KAREN R. GOODMAN
111East Wacker Drive
SUITE 2800
CHICAGO, IL 60601
(312) 527-4000
1150450_1