# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: HERVAS, ROY C § Case No. 06-09700
      HERVAS, LYNDA THERESE §
      §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $100.00 | Assets Exempt: $12,600.00 |
| Total Distribution to Claimants: $3,511.08 | Claims Discharged Without Payment: $17,046.88 |
| Total Expenses of Administration: $4,769.91 | |

    3) Total gross receipts of $ 8,280.99 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,280.99 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,769.91 | 4,769.91 | 4,769.91 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 19,666.71 | 18,100.19 | 3,511.08 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 17,046.88 | 17,046.88 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $41,483.50 | $39,916.98 | $8,280.99 |

      4) This case was originally filed under Chapter 7 on August 10, 2006.
. The case was pending for 47 months.

      5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

      6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/17/2010     By: /s/KAREN R. GOODMAN
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 2005 FORD EXPEDITION | 1129-000 | 8,200.00 |
| Interest Income | 1270-000 | 80.99 |
| **TOTAL GROSS RECEIPTS** | | **$8,280.99** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 − SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 1,577.99 | 1,577.99 | 1,577.99 |
| SHEFSKY & FROELICH, LTD | 3110-000 | N/A | 2,081.00 | 2,081.00 | 2,081.00 |
| ALAN D. LASKO | 3410-000 | N/A | 1,067.80 | 1,067.80 | 1,067.80 |
| ALAN D. LASKO | 3420-000 | N/A | 10.97 | 10.97 | 10.97 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 8.36 | 8.36 | 8.36 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 8.74 | 8.74 | 8.74 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 6.66 | 6.66 | 6.66 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 8.39 | 8.39 | 8.39 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 4,769.91 | 4,769.91 | 4,769.91 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| IL Dept of Healthcare | 5800-000 | N/A | 18,100.19 | 18,100.19 | 3,511.08 |
| IL Dept of Healthcare | 5800-000 | N/A | 1,566.52 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 19,666.71 | 18,100.19 | 3,511.08 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CACH, LLC | 7100-000 | N/A | 764.34 | 764.34 | 0.00 |
| CACV Of Colorado, LLC | 7100-000 | N/A | 7,629.18 | 7,629.18 | 0.00 |
| CACH, LLC | 7100-000 | N/A | 645.77 | 645.77 | 0.00 |
| Portfolio Recovery Associates, LLC | 7100-000 | N/A | 4,467.91 | 4,467.91 | 0.00 |
| Worldwide Asset Purchasing, LLC | 7100-000 | N/A | 790.00 | 790.00 | 0.00 |
| Citibank (South Dakota), N.A. | 7100-000 | N/A | 1,934.86 | 1,934.86 | 0.00 |
| eCAST Settlement Corp | 7100-000 | N/A | 814.82 | 814.82 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 17,046.88 | 17,046.88 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-09700  
**Case Name:** HERVAS, ROY C  
              HERVAS, LYNDA THERESE  
**Period Ending:** 06/17/10

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 08/10/06 (f)  
**§341(a) Meeting Date:** 09/06/06  
**Claims Bar Date:** 01/26/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND<br>   Orig. Asset Memo: Imported from Amended Doc#: 26 | 20.00 | 0.00 | | 0.00 | FA |
| 2 | HOUSEHOLD GOODS AND FURNISHINGS | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | BOOKS AND ART OBJECTS | 400.00 | 0.00 | | 0.00 | FA |
| 4 | WEARING APPAREL AND JEWELRY | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | WEDDING RING | 100.00 | 100.00 | DA | 0.00 | FA |
| 6 | 1994 GMAC JIMMY<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 2,700.00 | 0.00 | | 0.00 | FA |
| 7 | 2005 FORD EXPEDITION<br>   Orig. Asset Memo: Imported from Amended Doc#: 13; Imported from original petition Doc# 1 | 20,000.00 | 17,025.00 | | 8,200.00 | FA |
| 8 | Miscellaneous goods and furnishings<br>   Orig. Asset Memo: Imported from Amended Doc#: 26 | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | Miscellaneous books and pictures in debtors' pos<br>   Orig. Asset Memo: Imported from Amended Doc#: 26 | 400.00 | 0.00 | | 0.00 | FA |
| 10 | Miscellaneous wearing apparel<br>   Orig. Asset Memo: Imported from Amended Doc#: 26 | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | Spouse's wedding ring<br>   Orig. Asset Memo: Imported from Amended Doc#: 26 | 100.00 | 100.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 80.99 | FA |
| 12 | **Assets**     **Totals** (Excluding unknown values) | **$27,720.00** | **$17,225.00** | | **$8,280.99** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Claims review; file TFR.

Printed: 06/17/2010 12:10 PM     V.12.08

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-09700  
**Case Name:** HERVAS, ROY C  
HERVAS, LYNDA THERESE  
**Period Ending:** 06/17/10

**Trustee:**  (520191)  KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 08/10/06 (f)  
**§341(a) Meeting Date:** 09/06/06  
**Claims Bar Date:** 01/26/07

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   June 30, 2008            **Current Projected Date Of Final Report (TFR):**   April 1, 2010  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 06-09700  
**Case Name:** HERVAS, ROY C  
HERVAS, LYNDA THERESE  
**Taxpayer ID #:** **-***7660  
**Period Ending:** 06/17/10

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****95-65 - Money Market Account  
**Blanket Bond:** $61,494,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/06 | {7} | HARRIS BANK | Sale of Debtors Interest in 2005 Ford Expediton | 1129-000 | 8,200.00 | | 8,200.00 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.71 | | 8,200.71 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.21 | | 8,205.92 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.47 | | 8,211.39 |
| 02/06/07 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/06/2007 FOR CASE #06-09700 | 2300-000 | | 8.36 | 8,203.03 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.09 | | 8,207.12 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.38 | | 8,211.50 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.53 | | 8,216.03 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.53 | | 8,220.56 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.24 | | 8,224.80 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.68 | | 8,229.48 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.54 | | 8,234.02 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.10 | | 8,238.12 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.83 | | 8,242.95 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 4.28 | | 8,247.23 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 4.20 | | 8,251.43 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 3.77 | | 8,255.20 |
| 02/05/08 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/05/2008 FOR CASE #06-09700, CHAPTER 7 BLANKET BOND INLLINOIS - CHICAGO - NORTHERN DISTRICT | 2300-000 | | 8.74 | 8,246.46 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.69 | | 8,248.15 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.53 | | 8,249.68 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.15 | | 8,250.83 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.03 | | 8,251.86 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.04 | | 8,252.90 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.04 | | 8,253.94 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.98 | | 8,254.92 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.08 | | 8,256.00 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.90 | | 8,256.90 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.64 | | 8,257.54 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.58 | | 8,258.12 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.33 | | 8,258.45 |
| 02/06/09 | 1003 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK | 2300-000 | | 6.66 | 8,251.79 |
| | | | Subtotals : | | $8,275.55 | $23.76 | |

{} Asset reference(s)

Printed: 06/17/2010 12:10 PM V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 06-09700  
**Case Name:** HERVAS, ROY C  
HERVAS, LYNDA THERESE  
**Taxpayer ID #:** **-***7660  
**Period Ending:** 06/17/10

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****95-65 - Money Market Account  
**Blanket Bond:** $61,494,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 02/06/2009 FOR CASE #06-09700, CHAPTER 7 BLANKET BOND ILLINOIS-CHICAGO-NORTHERN DISTRICT | | | | |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.31 | | 8,252.10 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 8,252.45 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.33 | | 8,252.78 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.32 | | 8,253.10 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 8,253.45 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.34 | | 8,253.79 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.34 | | 8,254.13 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.33 | | 8,254.46 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.33 | | 8,254.79 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.34 | | 8,255.13 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.34 | | 8,255.47 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.32 | | 8,255.79 |
| 02/04/10 | 1004 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #06-09700, Bond Premium Payment on Bank Balance as of 02/04/2010, Blanket bond ll Voided on 02/04/10 | 2300-000 | | 8.39 | 8,247.40 |
| 02/04/10 | 1004 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #06-09700, Bond Premium Payment on Bank Balance as of 02/04/2010, Blanket bond ll Voided: check issued on 02/04/10 | 2300-000 | | -8.39 | 8,255.79 |
| 02/04/10 | 1005 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #06-09700, Bond #016026455 | 2300-000 | | 8.39 | 8,247.40 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.31 | | 8,247.71 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 8,248.08 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.21 | | 8,248.29 |
| 04/20/10 | | Wire out to BNYM account 9200******9565 | Wire out to BNYM account 9200******9565 | 9999-000 | -8,248.29 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 32.15 | 32.15 | $0.00 |
| | | | Less: Bank Transfers | | -8,248.29 | 0.00 | |
| | | | **Subtotal** | | 8,280.44 | 32.15 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,280.44** | **$32.15** | |

{} Asset reference(s)

Printed: 06/17/2010 12:10 PM   V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 06-09700
**Case Name:** HERVAS, ROY C
HERVAS, LYNDA THERESE
**Taxpayer ID #:** **-***7660
**Period Ending:** 06/17/10

**Trustee:** KAREN R. GOODMAN (520191)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******95-65 - Money Market Account
**Blanket Bond:** $61,494,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9565 | Wire in from JPMorgan Chase Bank, N.A. account ********9565 | 9999-000 | 8,248.29 | | 8,248.29 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.17 | | 8,248.46 |
| 05/14/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.38 | | 8,248.84 |
| 05/14/10 | | To Account #9200******9566 | FUNDS TRANSFER FOR DISTRIBUTION IN ACCORDANCE WITH ORDER ENTERED MAY 13, 2010 | 9999-000 | | 8,248.84 | 0.00 |
| 05/17/10 | | BNY MELLON | AFTER HOURS TRANSFER | 9999-000 | | -0.13 | 0.13 |
| 05/17/10 | Int | The Bank of New York Mellon | Reverse Interest Posting | 1270-000 | -0.13 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | **8,248.71** | **8,248.71** | **$0.00** |
| | | | Less: Bank Transfers | | 8,248.29 | 8,248.71 | |
| | | | **Subtotal** | | **0.42** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.42** | **$0.00** | |

{} Asset reference(s)

Printed: 06/17/2010 12:10 PM   V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 06-09700  
**Case Name:** HERVAS, ROY C  
HERVAS, LYNDA THERESE  
**Taxpayer ID #:** **-***7660  
**Period Ending:** 06/17/10  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******95-66 - Checking Account  
**Blanket Bond:** $61,494,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/14/10 | | From Account #9200******9565 | FUNDS TRANSFER FOR DISTRIBUTION IN ACCORDANCE WITH ORDER ENTERED MAY 13, 2010 | 9999-000 | 8,248.84 | | 8,248.84 |
| 05/14/10 | 101 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' EXPENSES PER COURT ORDER DATED 5/13/2010 | 3420-000 | | 10.97 | 8,237.87 |
| 05/14/10 | 102 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' FEES PER COURT ORDER DATED 5/13/2010 | 3410-000 | | 1,067.80 | 7,170.07 |
| 05/14/10 | 103 | KAREN R. GOODMAN, TRUSTEE | TRUSTEE COMPENSATION PER COURT ORDER DATED 05/13/2010 | 2100-000 | | 1,577.99 | 5,592.08 |
| 05/14/10 | 104 | SHEFSKY & FROELICH LTD. | TRUSTEE'S ATTORNEYS' FEES PER COURT ORDER DATED 05/13/2010 | 3110-000 | | 2,081.00 | 3,511.08 |
| 05/14/10 | 105 | IL Dept of Healthcare | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 8 PER COURT ORDER DATED 5/13/2010 | 5800-000 | | 3,511.08 | 0.00 |
| 05/17/10 | | BNY MELLON | AFTER HOURS CLOSEOUT INTEREST ADJUSTMENT | 9999-000 | | 0.13 | -0.13 |
| 05/20/10 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.13 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,248.97 | 8,248.97 | $0.00 |
| | | | Less: Bank Transfers | | 8,248.84 | 0.13 | |
| | | | **Subtotal** | | 0.13 | 8,248.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.13** | **$8,248.84** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****95-65** | 8,280.44 | 32.15 | 0.00 |
| **MMA # 9200-******95-65** | 0.42 | 0.00 | 0.00 |
| **Checking # 9200-******95-66** | 0.13 | 8,248.84 | 0.00 |
| | **$8,280.99** | **$8,280.99** | **$0.00** |

{} Asset reference(s)

Printed: 06/17/2010 12:10 PM V.12.08